```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

DURRELL GARDNER, :
: Civil Action No. 10-64 (RBK)
    Plaintiff, :
:
:
    v. : **ORDER**
: (CLOSED)
CAPE MAY COUNTY CORRECTIONAL :
CENTER, et al., :
:
    Defendant. :

    For the reasons expressed in the Court's Opinion filed herewith,

    It is on this   13th   day of   January  , 2010,

    ORDERED that, pursuant to 28 U.S.C. § 1915(a) and (b), the application by Plaintiff, Durrell Gardner, to proceed in forma pauperis is hereby GRANTED; and it is further

    ORDERED that the Clerk of the Court is directed to file the Complaint without prepayment of the filing fee; and it is further

    ORDERED that, pursuant to 28 U.S.C. § 1915(b), the Clerk shall serve a copy of this Order by regular mail on the Attorney General of the State of New Jersey and on the Warden at the Cape May County Correctional Center; and it is further

    ORDERED that Plaintiff is assessed a filing fee of $350.00 which shall be deducted from his prison account pursuant to 28 U.S.C. § 1915(b)(2) in the manner set forth below, regardless of the outcome of the litigation; and it is further

ORDERED that, pursuant to 28 U.S.C. § 1915(b)(2), until the $350.00 fee is paid, each month that the amount in Plaintiff's prison account exceeds $10.00, the agency having custody of Plaintiff shall assess, deduct from his account, and forward to the Clerk payments equal to 20% of the preceding month's income credited to Plaintiff's prison account, with each payment referencing the civil docket number of this action; and it is further

ORDERED that the Complaint is DISMISSED WITHOUT PREJUDICE, in its entirety, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1), for failure to state a claim at this time.

s/Robert B. Kugler  
ROBERT B. KUGLER  
United States District Judge